ROBERT J. WRIGHT, Appellant, *v.* THE HASKIN WOOD VULCANIZING COMPANY, Respondent.

*Appeal — when exceptions only are reviewed.*

Where there is no appeal taken from the order denying a motion for a new trial, an appeal from the judgment brings up for review only the exceptions taken on the trial.

APPEAL by the plaintiff, Robert J. Wright, from a judgment of the Supreme Court in favor of the defendant, entered in the office of the clerk of the county of New York on the 14th day of April, 1893, upon the verdict of a jury after a trial at the New York Circuit.

*Douglas A. Levien,* for the appellant.

*Charles J. Hardy,* for the respondent.

PER CURIAM :

There is no appeal from the order denying the motion for a new trial, and under the settled practice this brings up for review only exceptions.

The exceptions relating to rulings upon evidence, which are three in number, upon examination, we do not regard as tenable or as in any way affecting the verdict.

The only exception, other than those upon questions of evidence, is to the denial of the motion for a new trial, which brings up no question before us for review.

The judgment appealed from, therefore, should be affirmed, with costs.

Present — VAN BRUNT, P. J., O'BRIEN and FOLLETT, JJ.

Judgment affirmed, with costs.